**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CARMEN MILLER,**

    **Plaintiff,**

v.                                                    Case No.: 6:23-cv-00863-RBD-UAM

**HARTFORD FIRE INS. CO., d/b/a**
**THE HARTFORD,**

    **Defendant,**

---

**REPORT AND RECOMMENDATION**

This cause comes before the Court to consider Plaintiff's failure to respond to this Court's Order to Show Cause (doc. 32) in light of Defendant's report following arbitration (doc. 29). Defendant reports that the case has been entirely resolved, subject only to formal dismissal and that it is prepared to disburse settlement funds upon dismissal. Plaintiff's counsel was allowed to withdraw from the representation, asserting irreconcilable differences. In the Order allowing withdrawal, Plaintiff was advised of her obligation to handle the case personally, specifically including a response to Defendant's suggestion that the case is effectively over. The time for Plaintiff's response has expired with no word from her.

Based on the foregoing, it is respectfully recommended that Defendant be ordered to disburse the agreed settlement and that the case be dismissed with prejudice as settled (or, alternatively, for failure to prosecute).

- 2 -

## NOTICE TO PARTIES

A party has **fourteen days** from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on June 23, 2025.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties