UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CARMEN MILLER,

     Plaintiff,

v.                                       Case No. 6:23-cv-863-RBD-DAB

HARTFORD FIRE INS. CO.,

     Defendant.
_____

## ORDER

     This Fair Labor Standards Act case went to arbitration and the parties settled. (Doc. 29, ¶¶ 1, 6.) The settlement provides that Defendant will disburse funds to Plaintiff upon dismissal of the case. (*Id.* ¶ 12.) The arbitrator approved the settlement and dismissed the arbitration. (*Id.* ¶ 8.) The parties then filed a stipulation of dismissal that the Court struck because the stipulation did not include Plaintiff's counsel Kyle Lee, Esq.'s signature. (Docs. 27, 28.) Although Lee was discharged from arbitration, he had not yet withdrawn from this case. (Doc. 29, ¶ 5.)

     Lee then filed a motion to withdraw, which U.S. Magistrate Judge David A. Baker granted. (Docs. 30, 32.) Judge Baker also ordered the parties to show cause within fourteen days why the case should not be dismissed as settled and final judgment entered. (Doc. 32, p. 1.) More than fourteen days passed without a

response, so Judge Baker entered a Report and Recommendation stating that the Court should dismiss the case as settled and order Defendant to disburse the settlement funds. (Doc. 33 ("R&R").) The time has passed and there are no objections, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 33) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

2. This case is **DISMISSED WITH PREJUDICE**.

3. Pursuant to the parties' settlement agreement, Defendant is **DIRECTED** to disburse the settlement funds.

4. The Clerk is **DIRECTED** to terminate all pending deadlines and motions and close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 10, 2025.



ROY B. DALTON, JR.
United States District Judge

2